UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DURR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-1453-RSWL (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, Report and Recommendation, Objections, and all records on file. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the United States Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition for a Writ of Habeas Corpus and dismissing this action with prejudice.

Dated: 4/13/2016

　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　　　　　United States District Judge