JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DURR,<br><br>                Petitioner,<br><br>        v.<br><br>RONALD DAVIS, Warden,<br><br>                Respondent. | Case No. CV 16-1453-RSWL (KK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED: (1) the Petition for a Writ of Habeas Corpus is DENIED; and (2) this action is DISMISSED with prejudice.

Dated: 4/13/2016

*RONALD S.W. LEW*
HONORABLE RONALD S.W. LEW
United States District Judge